THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES SPERLAK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-598 |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO DISMISS**

**NOW COME** Charles Sperlak ("Plaintiff"), and CSX Transportation, Inc. ("Defendant") through their undersigned attorneys, and hereby stipulate to the dismissal of this action with prejudice pursuant to a fully executed confidential settlement agreement.

*Respectfully submitted,*

 /s/ Catherine J. Roland   
Rafael E. Lázaro
Catherine J. Roland
Lázaro Law Group, LLC
321 S. Plymouth Ct. Ste. 1250
Chicago, IL 60604
Tel. 312-461-9900; Fax. 773-305-4068
rlazaro@lazarolawgroup.com
croland@lazarolawgroup.com

*Counsel for Plaintiff*

Dated May 14, 2021

 /s/ Robert Prendergast   
Daniel J. Mohan
Robert Prendergast
Kerry Mohan
Daley Mohan Groble, P.C.
55 West Monroe, Ste. 1600
Chicago, IL 60603
Tel. 312-422-9999; Fax. 312-422-5370
mohan@daleymohan.com
rprendergast@daleymohan.com
kmohan@daleymohan.com

*Counsel for Defendant*

Dated: May 14, 2021